

**BUYER**

REDACTED

INDIA

**SELLER**

**Vinmar International Ltd.**
16800,Imperial Valley Dr.Suite#499
Houston, TX 77060
Tel: (281) 618 1300
Plastics: Fax: (281) 618 1398/99, Email: admin@vinmar.com
Chemicals: Fax: (281) 618 1398/99, Email: chem@vinmar.com

**Sales Order Confirmation**

Order Number/Date
7068807 / 05/23/2008
Buyer's Purchase Reference Number/Date
scr 23 May 2008;New
Shipment/Delivery date
Day26.05.2008
Customer No.
111885

Kind Attention

WE ARE PLEASED TO CONFIRM THE FOLLOWING SALE AND AGREEMENT ON BEHALF OF SELLER AND BUYER .THANK YOU FOR YOUR AGREEMENT AND PURCHASE IN ACCORDANCE WITH THIS SALES ORDER CONFIRMATION AND SELLER'S STANDARD TERMS AND CONDITIONS (COLLECTIVELY,THE "ORDER" OR "CONTRACT").BUYER BY EARLIER NEGOTIATIONS AND ACCEPTANCE OF THIS ORDER EXPRESSLY AGREES TO ALL OF ITS TERMS AND WAIVES THE NECESSITY OF A COUNTER SIGNATURE BY BUYER FOR ESTABLISHING THE VALIDITY AND ENFORCEABILITY OF THIS CONTRACT.WE THANK YOU FOR THIS OPPORTUNITY TO DO BUSINESS WITH YOU AND LOOK FORWARD TO A SUCCESSFUL COMPLETION OF SHIPMENT.

| Item | Product/Material Description Qty(Subject to tolerance) | Price | Price Unit | Value(Subject to tolerance) |
|---|---|---|---|---|
| 000001 | ACRYLONITRILE 142.500 T | 2,100.00 USD | T | 299,250.00 |
| | Total Value(Subject to tolerance) | | | 299,250.00 |

PRODUCT : ACRYLONITRILE IN BULK
EXCEPT FOR WARRANTY OF TITLE AND REPRESENTATION THAT MATERIAL
CONFORMS TO AGREED SPECIFICATIONS, VINMAR MAKES NO OTHER
REPRESENTATION OR WARRANTIES, EXPRESS OR IMPLIED.

SPECIFICATIONS:
AS PER ATTACHED GUARANTEED SPECIFICATIONS. BUYER
ACKNOWLEDGES AND IS AWARE OF THE HAZARDOUS NATURE OF THE PRODUCT
AND WILL ACT ACCORDINGLY.

ORIGIN: U.S.A.

QUANTITY    : 150 MTS  +/- 5 % IN VESSEL'S OPTION.

---

Vinmar's Standard Terms and Conditions of Sale are hereby incorporated in this contract and invoice, and this contract is subject to compliance with all U.S laws, includinfg export and control laws.



**SELLER**

**Vinmar International Ltd.**
16800, Imperial Valley Dr. Suite#499
Houston, TX 77060
Tel: (281) 618 1300
Plastics: Fax: (281) 618 1398/99, Email: admin@vinmar.com
Chemicals: Fax: (281) 618 1398/99, Email: chem@vinmar.com

**BUYER**

| Number/Date | Page |
|---|---|
| 7068807 / 05/23/2008 | 2 |

```
PRICE: US DOLLAR 2100 PER METRIC TON

PRICE BASIS: FIXED

TERM OF SALE  : CIF ONE SAFE BERTH KANDLA, INDIA
AS DEFINED IN INCOTERMS 2000 AND ANY SUBSEQUENT AMENDMENTS.
BUYER TO BE RESPONSIBLE FOR WHARFAGE/DOCKAGE/BERTH HIRE IF
ANY AT UNLOADING POINT.

SHIPMENT/DELIVERY : DURING MAY 2008 FROM ANY PORT IN USA.

PACKING: BULK

PAYMENT TERM :AT LC 90 DAYS FROM BILL OF LADING DATE.
LC SHOULD BE ADVISED DIRECTLY THROUGH WELLS FARGO BANK, SAN FRANCISCO,
CA
SWIFT NO: WFBIUS6S
IF LC NOT ADVISED DIRECTLY, THEN INTERMEDIATE BANK'S CHARGES TO
APPLICANTS ACCOUNT. LETTER OF CREDIT IN SELLER'S FORMAT TO BE ISSUED
NO LATER THAN 28TH MAY, 2008 AND MUST AT LEAST INCLUDE FOLLOWING
PROVISIONS-30 DAYS FOR PRESENTATION, CHARTER PARTY/BLANK BACKED/SHORT
FORM BILLS OF LADING ACCEPTABLE, TRANSHIPMENT/PARTIAL SHIPMENT
ALLOWED, COMMINGLED SHIPMENT ALLOWED, +/- 5% IN VALUE AND QUANTITY
ALLOWED, CONTRACT DATED AFTER SHIPMENT DATE IS ACCEPTABLE, BL DATED
LATER THAN LC OPENING DATE IS ACCEPTABLE

MARITIME CONDITIONS:
VESSEL : STOLT PROTECTOR (OOS)
DISCHARGE TIME FOR BUYERS : AS PER VESSEL NOMINATION
IRREVERSIBLE DEMURRAGE RATE : AS PER VESSEL NOMINATION
A. TIME STARTS UPON VESSEL BERTHING OR AFTER EXPIRATION OF 6
   HOURS FOLLOWING VESSEL'S NOR WHICHEVER OCCURS FIRST INCLUDING
   ANY PUBLIC TERMINAL.
B. DOCUMENTS TO BE PROVIDED BY SELLERS SUPPORTING THEIR CLAIM ARE:
   INVOICE, COPY OF STATEMENT OF FACT, COPY OF NOR, CALCULATION
   OF CLAIM.
C. TIME BAR TO BE 120 DAYS AFTER DATE OF VESSEL DISCHARGE FOR
   PRESENTATION OF CLAIM BY VINMAR AND SUCH CLAIM TO BE
   FINALISED AND SETTLED WITHIN 30 DAYS OF PRESENTATION OF CLAIM.
```

Vinmar's Standard Terms and Conditions of Sale are hereby incorporated in this contract and invoice, and this contract is subject to compliance with all U.S laws, includinfg export and control laws.



**BUYER**

**SELLER**

**Vinmar International Ltd.**
16800,Imperial Valley Dr.Suite#499
Houston, TX 77060
Tel: (281) 618 1300
Plastics: Fax: (281) 618 1398/99, Email: admin@vinmar.com
Chemicals: Fax: (281) 618 1398/99, Email: chem@vinmar.com
Number/Date                                        Page
7068807 / 05/23/2008                                3

D. FOR DEMURRAGE COLLECTION PURPOSES, CLAIM IS SUBJECT TO LAWS
   AND ARBITRATION AS STATED BELOW.
   OTHER TERMS AS PER PART II "ASBATANKVOY" CHARTER PARTY,
   CLAUSES 6,7,8,9.
E. IF OCEAN GOING TRANSPORTATION IS ARRANGED FOR BY VINMAR FOR
   MOVEMENT OF PRODUCT UNDER THIS CONTRACT THEN ANY DELAY AND/OR
   ADDITIONAL COSTS AND/OR EXPENSES WHATSOEVER THEREBY INCURRED BY
   VINMAR,ARISING OUT OF SECURITY REGULATIONS OR MEASURES REQUIRED BY
ANY RELEVANT PORT/LOCAL/NATIONAL AUTHORITY IN ACCORDANCE WITH THE
"ISPS" CODE OR THE US "MTSA", WILL BE TO YOUR ACCOUNT. IF VINMAR MAKES
ANY PAYMENT WHICH IS FOR YOUR ACCOUNT UNDER THIS CLAUSE, THEN YOU
PROMPTLY INDEMNIFY VINMAR. DELAYS TO SUCH MEANS OF TRANSPORTATION DUE
TO SUCH REGULATIONS SHALL BE CONSIDERED A FORCE MAJEURE EVENT.

   IF THE BUYER IS UNABLE TO PRESENT THE ORIGINAL BILLS OF LADING IN
EXCHANGE FOR DELIVERY OF THE PRODUCT, THEN SUBJECT TO BUYER'S
AGREEMENT AND CARRIER WILLINGNESS TO DELIVER THE CARGO AGAINST
PRESENTATION OF A LETTER OF INDEMNITY ("LOI") ON TERMS
ACCEPTABLE TO VINMAR, VINAMR MAY AT ITS OPTION SIGN AND TENDER
SUCH AN LOI TO THE CARRIER IN ORDER FOR THE BUYER TO TAKE DELIVERY OF
THE PRODUCT, AND IF VINMAR EXERCISES THIS OPTION, THE BUYER WILL SIGN
AND TENDER TO VINMAR AN LOI ON BACK-TO-BACK TERMS WITH THE LOI WHICH
VINMAR TENDERS TO THE CARRIER. HOWEVER SUCH LOI ISSUED BY THE BUYER
SHOULD BE ENDORSED BY THE BUYERS LC OPENING BANK. THIS CLAUSE IN NO
WAY WHATSOEVER BINDS VINMAR TO TENDER AN LOI OR TO BE RESPONSIBLE FOR
ANY CONSEQUENCES OF NOT TENDERING AN LOI.

INSURANCE:
IN CASE OF CIF SALE PRODUCT WILL BE INSURED FOR 110% OF THE
CIF VALUE FROM SHORE TANK AT LOAD PORT TILL THE TIME THE
MATERIAL  PASSES THE OUTGOING FLANGE OF THE CARRIER AT DISCHARGE
POINT WITH A DEDUCTIBLE OF 0.5 PERCENT OF INSURED VALUE
PAYABLE IN USD IN COUNTRY OF DISCHARGE. IN ALL SITUATIONS
BUYER IS RESPONSIBLE FOR CLAIMING AGAINST INSURANCE DIRECTLY AS
PER DIRECTIONS IN INSURANCE CERTIFICATE. FOR ALL SALES LIKE
FOB & CFR WHERE BUYER IS RESPONSIBLE FOR TAKING SUITABLE
INSURANCE,ALL PREMIUMS TO BE BORNE FOR BY BUYER AND ANY CARGO
CLAIM TO BE PURSUED BY BUYERS AGAINST THEIR INSURERS.
SUBJECT TO EXCEPTIONS PROVIDED IN STANDARD TERMS AND CONDITIONS,



**BUYER**

**SELLER**

**Vinmar International Ltd.**
16800, Imperial Valley Dr. Suite#499
Houston, TX 77060
Tel: (281) 618 1300
Plastics: Fax: (281) 618 1398/99, Email: admin@vinmar.com
Chemicals: Fax: (281) 618 1398/99, Email: chem@vinmar.com

| Number/Date | Page |
|---|---|
| 7068807 / 05/23/2008 | 4 |

TITLE AND RISK OF LOSS AND CONTAMINATION OF PRODUCT SHIPPED BY
SELLER UNDER THIS CONTRACT SHALL PASS FROM SELLER TO BUYER WHEN
THE PRODUCT PASSES THE FINAL FLANGE CONNECTING SELLER'S OR ITS
SUPPLIERS PIPELINE OR OTHER DELIVERY FACILITIES TO THE VESSEL'S
INTAKE MANIFOLD AT PORT OF LOADING. FROM THIS TIME AND POINT THE
BUYER SHALL ASSUME ALL RISKS OF OF LOSS, DAMAGE, DETERIORATION
OR EVAPORATION TO THE PRODUCT.

INSPECTION:
QUALITY: TO BE FINAL AND BASED ON SHORE/SHIP TANK ANALYSIS AT LOAD
PORT
QUANTITY: TO BE FINAL AND BASED ON SHORE/SHIP TANK MEASUREMENT
AT LOAD PORT AND SHALL BE USED FOR B/L WEIGHT.
INSPECTION FOR QUALITY AND QUANTITY TO BE PERFORMED BY AN
INDEPENDENT SURVEYOR AT LOAD PORT AND COST TO BE FOR SELLERS ACCOUNT.

THIS FAX CONFIRMATION AND REFERENCED ANNEXURES/ATTACHMENTS
CONSTITUTE THE ENTIRE CONTRACT AND REPRESENTS OUR UNDERSTANDING
OF THE TERMS AND CONDITIONS OF OUR AGREEMENT. ANY DISCREPANCIES
OR OMMISSIONS SHOULD BE BROUGHT TO OUR NOTICE BY FAX WITHIN THE
NEXT TWO WORKING DAYS.
A COUNTER SIGNATURE BY BUYER IS NOT NECESSARY TO VALIDATE THIS
CONTRACT

CONTACT FOR LOGISTICS AND PAYMENTS:
ANA CAMPOS
TEL   (281) 618 1441
FAX   (281) 618 1390

ATTACHMENTS: ANNEXURE A  AND SPECIFICATIONS. PLEASE REQUEST
SAME IF NOT RECEIVED.

WE THANK YOU FOR THIS OPPORTUNITY TO DO BUSINESS WITH YOU AND
LOOK FORWARD TO A SUCCESSFUL COMPLETION OF SHIPMENT.

Vinmar's Standard Terms and Conditions of Sale are hereby incorporated in this contract and invoice, and this contract is subject to compliance with all U.S laws, includinfg export and control laws.



## Additional Terms

Where not in conflict with the terms hereinabove, Seller's Standard Term Conditions of Sale are hereby incorporated by reference into this Order and form an integral part of the Contract, whether previously provided to you or attached hereto.

Notwithstanding anything else contained herein or in the sales confirmation or any other related documents, for any export of Products by the legal entity Vinmar International, Ltd. outside of the United States, whereby title would otherwise pass in the United States, title and risk of loss of the Products, regardless of the Incoterms in the sales contract, shall instead pass from Seller to Buyer upon the vessel's passing a point five miles beyond the territorial waters of the United States. For sales not exported from the United States by Vinmar International, Ltd., the title and risk of loss pass from Seller to Buyer at the delivery point in accordance with the Incoterm 2000 referenced in the sales contract (in the case of liquid Products, as the Products pass the final flange of the loading or unloading line, as the case may be).

Seller's duty to perform, and Buyer's right to purchase, is at all times subject to the approval, and continuing approval, of Buyer's credit by Seller.

Seller's total liability arising from this Order, including any rights or claims arising therefrom, whether based in contract, tort (including negligence), indemnity, contribution, strict liability or otherwise, will not exceed the price of the Products paid by Buyer and actually received by Seller. Subject to the foregoing limits, Seller's liability and Buyer's exclusive remedy for any cause of action arising out of or related to this Order is expressly limited at Seller's option to: (a) replacement of nonconforming Products as per the agreed delivery term under the Order, or (b) payment of the amount of the sales price allocable to the Products determined to be nonconforming and actually received by Seller. Except for such repayment of purchase funds actually received by Seller, in no event will Seller be liable to Buyer for any damages, lost profits or any indirect, consequential, special, contingent, exemplary or punitive damages incurred by Buyer. The Buyer agrees to release, indemnify, defend and hold harmless Seller from and against any and all claims, demands, suits, attachments, judgments, penalties, fines, liabilities, losses, damages, costs and expenses (including reasonable attorneys. fees and costs of court) that may arise out of, result from or relate to the Products (whether in itself or in combination with any other material) or any hazard thereof after title and risk of loss to such Products have passed to the Buyer (including but not limited to, personal injury (including illness and disease) to or death of any person (including employees or contractors of Buyer) or for damage to or destruction of any property). On behalf of Seller, and its agents, servants and/or employees, and in their name, Buyer will handle and/or defend, at its sole expenses, any claim or litigation in connection with this Order; provided, however, that Seller reserves the right to handle such litigation with legal counsel of its own choosing at Buyer's expense.

The rights and obligations for the transactions between Seller and Buyer under the Order will be governed, construed and enforced by the law of the State of Texas, United Sates of America, without regard to the doctrine of conflicts of law. The United Nations Convention on Contracts for the International Sale of Goods of Vienna, 11 April 1980, shall not apply to this Order. Any lawsuit arising out of a dispute, controversy or other matter in connection with this Order, including matters involving the interpretation, execution, performance, non-performance and/or breach of any obligation under this Order, shall be filed in a Texas State District Court presiding in Harris County, Texas.The parties hereby consent to personal jurisdiction in Harris County, Texas for any suit, controversy or dispute arising out of this Order and the parties agree that Texas state courts sitting in Harris County, Texas shall have sole and exclusive jurisdiction of all suits, controversies or disputes arising out of or in any way connected with the performance, non-performance, interpretation, validity and/or execution of this Order.

Each party shall keep confidential any information in relation to the Order, the Products or the performance pursuant to this Order, except and insofar as a disclosure will be reasonably required for the performance pursuant to the terms of the Order, or will be required otherwise pursuant to any Court Order, order of any authorities or towards any person pursuant to mandatory law.

Seller only represents that the Products conform, within any tolerances stated, to meet the specifications stated in the Order. If no specification is stated, then standard ASTM specifications are to govern. Except for warranty of title, Seller makes no other representation or warranties, express or implied, including, without limitation, warranties of merchantability and fitness for a particular purpose, and Seller expressly disclaims all other representations to the Buyer and any and all other obligations or liabilities on the part of Seller.

For bulk liquid product, quantity and quality will be determined by a mutually agreed independent inspector whose decision is to be final and binding save for fraud or manifest error, based on shore tanks samples at loading port in accordance with the procedures, product specifications and instructions set forth herein and recognized ASTM methods and adjustments. Each party may have its representative observe all measurements, sample taking and testing. All quantities will be measured or adjusted to a temperature in accordance with recognized ASTM methods and tables, as applicable. For packaged Product, quantity and quality will be as specified in the Order. The mutually agreed inspector's costs are to be shared equally between the parties.

Delay in shipment or delivery or receipt or other non-performance (specifically excluding the obligation to pay monies due hereunder or complying with Seller's credit terms), in whole or in part, by Seller is excused If performance as agreed is hindered by fire, hurricane, flood, perils of the sea or other acts of God; labor dispute, strike, failure of usual sources of raw material, breakdown or failure of plant or equipment, including transportation facilities; war (whether declared or undeclared), riots, civil commotion, terrorism or sabotage, delay of carriers due to breakdown or adverse weather, embargoes; any applicable foreign or domestic government regulation or order whether or not it later proves to be invalid; import and export restrictions; or other contingency beyond the reasonable control of Seller ("Excuse of Performance"). Seller will promptly give written notice of excusable delays or non-performance to the Buyer and the Order in effect between Seller and the Buyer will be considered to be suspended. If the excusable delay or non-performance continues for an uninterrupted period of sixty (60) days or longer from the date of the written notice the Buyer may, at its option, terminate the Contract on three (3) days written notice to Seller. Delay or non-performance will be excused only as long as the condition causing the delay or non-performance continues. In the event that performance of Seller is delayed or prevented, then Seller has the right, at its option, (a) to cancel the Order to the extent of Seller's non-performance by giving written notice of cancellation to Buyer or (b) to ship remaining quantities in one or more lots after the Excuse of Performance condition has ended but not beyond sixty (60) days. Cancellation of an Order that has been partially performed does not excuse Buyer from the obligation to pay for Products partially delivered under the Order. Under no circumstances will Seller be obligated to obtain product for delivery hereunder except from its usual and customary sources of supply and only on terms it deems reasonable in its sole discretion.

SELLERS                                                        BUYERS


Devang Mehta
Authorized Signatory                            Authorized Signatory
For and on behalf of                            For and on behalf of
Vinmar International Ltd.

---

# Vinmar International, Ltd.
PETROCHEMICALS and PLASTICS

16800 IMPERIAL VALLEY - SUITE 499 - HOUSTON, TEXAS 77060 U.S.A.
TEL: (281) 618-1300  FAX: (281) 618-1390  TELEX: 6720021 VINMAR
INTERNET: admin@vinmar.com
THE PRESIDENT'S "E" AWARD FOR EXPORTS

## PRODUCT: ACRYLONITRILE

## GUARANTEED SPECIFICATIONS

| APPEARANCE | CLEAR AND FREE |
|---|---|
| ACETONE, WT. PPM | 75, MAX |
| ACETONITRILE, WT. PPM | 300, MAX |
| ACIDITY, AS ACETIC ACID, WT. PPM | 15, MAX |
| ACROLEIN, WT. PPM | 20, MAX |
| ACETALDEHYDE, WT. PPM | 5, MAX |
| BENZENE, WT. PPM | 50, MAX |
| COLOR, PT-CO | 10, MAX |
| HYDROGEN CYANIDE, WT. PPM | 5, MAX |
| INHIBITOR, MEHQ, WT. PPM | 35-45 |
| McAN, WT. PPM | 200, MAX |
| OXAZOLE, WT. PPM | 125, MAX |
| PEROXIDES, AS H2O2, WT PPM | 0.2, MAX |
| P-5% AQUEOUS SOLUTION | 6.0-7.5 |
| WATER, WT% | 0.25-0.45 |
| COPPER, WT. PPM | 0.1, MAX |
| IRON, SOLUBLE, WT. PPM | 0.1 MAX |
| NON-VOLATILE MATTER, WT PPM | 100, MAX |
| ACRYLONITRILE, WT% | 99.0, MIN |

* TESTING METHODOLOGY OF INDEPENDENT SURVEYOR AT LOAD PORT TO GOVERN



## SELLER

**Vinmar International Ltd.**
16800, Imperial Valley Dr. Suite # 499
Houston, TX 77060
Tel: (281) 618 1300
Plastics: Fax: (281) 618 1398/99, Email: admin@vinmar.com
Chemicals: Fax: (281) 618 1398/99, Email: chem@vinmar.com

## BUYER

REDACTED

TAIWAN

### Sales Order Confirmation

Order Number/Date
7076907 / 03/19/2009
Shipment/Delivery date
Day30.04.2009
Customer No.
110677

WE ARE PLEASED TO CONFIRM THE FOLLOWING SALE AND AGREEMENT ON BEHALF OF SELLER AND BUYER .THANK YOU FOR YOUR AGREEMENT AND PURCHASE IN ACCORDANCE WITH THIS SALES ORDER CONFIRMATION AND SELLER'S STANDARD TERMS AND CONDITIONS (COLLECTIVELY,THE "ORDER" OR "CONTRACT").BUYER BY EARLIER NEGOTIATIONS AND ACCEPTANCE OF THIS ORDER EXPRESSLY AGREES TO ALL OF ITS TERMS AND WAIVES THE NECESSITY OF A COUNTER SIGNATURE BY BUYER FOR ESTABLISHING THE VALIDITY AND ENFORCEABILITY OF THIS CONTRACT.WE THANK YOU FOR THIS OPPORTUNITY TO DO BUSINESS WITH YOU AND LOOK FORWARD TO A SUCCESSFUL COMPLETION OF SHIPMENT.

| Item | Product/Material Description Qty(Subject to tolerance) | Price | Price Unit | Value(Subject to tolerance) |
|---|---|---|---|---|
| 000001 | ACRYLONITRILE 2,000.000 T | 920.00 USD | T | 1,840,000.00 |
| | Total Value(Subject to tolerance) | | | 1,840,000.00 |

PRODUCT : ACRYLONITRILE IN BULK
EXCEPT FOR WARRANTY OF TITLE AND REPRESENTATION THAT MATERIAL
CONFORMS TO AGREED SPECIFICATIONS, VINMAR MAKES NO OTHER
REPRESENTATION OR WARRANTIES, EXPRESS OR IMPLIED.

SPECIFICATIONS:AS PER ATTACHED GUARANTEED SPECIFICATIONS. BUYER
ACKNOWLEDGES AND IS AWARE OF THE HAZARDOUS NATURE OF THE PRODUCT AND
WILL ACT ACCORDINGLY.

ORIGIN: USA

QUANTITY   : 2,000 MTS  +/-5% IN SELLER'S OPTION.

PRICE: US DOLLAR 920 PER METRIC TON



**SELLER**

**Vinmar International Ltd.**
16800, Imperial Valley Dr. Suite # 499
Houston, TX 77060
Tel: (281) 618 1300
Plastics: Fax: (281) 618 1398/99, Email: admin@vinmar.com
Chemicals: Fax: (281) 618 1398/99, Email: chem@vinmar.com

**BUYER**

| Number/Date | Page |
|---|---|
| 7076907 / 03/19/2009 | 2 |

```
PRICE BASIS: FIXED

TERM OF SALE  : CFR ONE SAFE BERTH ANPING, TAIWAN
AS DEFINED IN INCOTERMS 2000 AND ANY SUBSEQUENT AMENDMENTS.
BUYER TO BE RESPONSIBLE FOR WHARFAGE/DOCKAGE/BERTH HIRE IF
ANY AT UNLOADING POINT.

SHIPMENT/DELIVERY : DURING END APRIL 2009 FROM ANY PORT IN USA

PACKING: BULK

PAYMENT TERM :AT LC 45 DAYS FROM BILL OF LADING DATE.
LC SHOULD BE ADVISED DIRECTLY THROUGH
ABN AMRO BANK N.V.
540 WEST MADISON ST 26TH FL
CHICAGO IL 60661
Mail code : C540-2600
SWIFT : ABNAUS33
LC SHOULD BE ISSUED NO LATER THAN  25TH MARCH, 2009 AND MUST INCLUDE
FOLLOWING PROVISIONS-30 DAYS FOR PRESENTATION, TRANSHIPMENT/PARTIAL
SHIPMENT ALLOWED,CHARTER PARTY/BLANK BACKED/SHORT FORM BILLS OF LADING
ACCEPTABLE,  COMMINGLED SHIPMENT ALLOWED, +/- 5% IN VALUE AND QUANTITY
ALLOWED

THIS CONTRACT IS SUBJECT TO THE VINMAR ACCEPTANCE OF THE OPENING BANK
(ONLY FIRST CLASS BANKS ARE ACCEPTABLE).
PLEASE NOTE THAT TIME FOR OPENING OF A CLEAN L/C IN FORM ACCEPTABLE TO
VINMAR IS OF THE ESSENCE.
IN THE EVENT L/C NOT RECEIVED BY THAT TIME AND IN ACCEPTABLE FORM, WE
RESERVE THE RIGHT TO TREAT SUCH NON-COMPLIANCE AS A BREACH OF
CONTRACT. IN SUCH AN EVENT, WE SHALL BE ENTITLED TO TERMINATE THE
CONTRACT ON THE GROUNDS OF BREACH, AND TO CLAIM AGAINST YOU FOR ALL
COSTS AND LOSSES.

MARITIME CONDITIONS:
VESSEL : TBN (OOS)
DISCHARGE TIME FOR BUYERS : AS PER VESSEL NOMINATION
IRREVERSIBLE DEMURRAGE RATE : AS PER VESSEL NOMINATION
```

Vinmar's Standard Terms and Conditions of Sale are hereby incorporated in this contract and invoice, and this contract is subject to compliance with all U.S laws, includinfo export and control laws.



**SELLER**

**Vinmar International Ltd.**
16800, Imperial Valley Dr, Suite # 499
Houston, TX 77060
Tel: (281) 618 1300
Plastics: Fax: (281) 618 1398/99, Email: admin@vinmar.com
Chemicals: Fax: (281) 618 1398/99, Email: chem@vinmar.com

**BUYER**

| Number/Date | Page |
|---|---|
| 7076907 / 03/19/2009 | 3 |

A. TIME STARTS UPON VESSEL BERTHING OR AFTER EXPIRATION OF 6 HOURS FOLLOWING VESSEL'S NOR WHICHEVER OCCURS FIRST INCLUDING ANY PUBLIC TERMINAL.
B. DOCUMENTS TO BE PROVIDED BY SELLERS SUPPORTING THEIR CLAIM ARE: INVOICE, COPY OF STATEMENT OF FACT, COPY OF NOR, CALCULATION OF CLAIM.
C. TIME BAR TO BE 120 DAYS AFTER DATE OF VESSEL DISCHARGE FOR PRESENTATION OF CLAIM BY VINMAR AND SUCH CLAIM TO BE FINALISED AND SETTLED WITHIN 30 DAYS OF PRESENTATION OF CLAIM.
D. FOR DEMURRAGE COLLECTION PURPOSES, CLAIM IS SUBJECT TO LAWS AND ARBITRATION AS STATED BELOW.
OTHER TERMS AS PER PART II "ASBATANKVOY" CHARTER PARTY, CLAUSES 6,7,8,9.
E. IF OCEAN GOING TRANSPORTATION IS ARRANGED FOR BY VINMAR FOR MOVEMENT OF PRODUCT UNDER THIS CONTRACT THEN ANY DELAY AND/OR ADDITIONAL COSTS AND/OR EXPENSES WHATSOEVER THEREBY INCURRED BY VINMAR, ARISING OUT OF SECURITY REGULATIONS OR MEASURES REQUIRED BY ANY RELEVANT PORT/LOCAL/NATIONAL AUTHORITY IN ACCORDANCE WITH THE "ISPS" CODE OR THE US "MTSA", WILL BE TO YOUR ACCOUNT. IF VINMAR MAKES ANY PAYMENT WHICH IS FOR YOUR ACCOUNT UNDER THIS CLAUSE, THEN YOU PROMPTLY INDEMNIFY VINMAR. DELAYS TO SUCH MEANS OF TRANSPORTATION DUE TO SUCH REGULATIONS SHALL BE CONSIDERED A FORCE MAJEURE EVENT.
F. PREWASH CLAUSE:
IF MANDATORY PRE-WASH OF CARGO TANKS IN ACCORDANCE WITH REQUIREMENTS AS PER MARPOL 73/78 ANNEX II IS EQUIPPED, THE FOLLOWING WILL APPLY:
1) OWNER TO PERFORM A MANDATORY PRE-WASH OF CARGO TANK(S) IN DIRECT CONTINUATION UPON COMPLETION OF DISCHARGING CARGO BEFORE SAILING FROM DISCHARGE PORT IN CONFORMITY WITH VESSEL'S PROCEDURES AND ARRANGEMENTS MANUAL AND IN ACCORDANCE WITH THE LOCAL PORT REGULATIONS, IN ACCORDANCE WITH REQUIREMENTS AS PER MARPOL 73/78 ANNEX II.
TIME USED FOR SUCH MANDATORY PRE-WASH SHALL BE FOR RECEIVER'S / BUYER'S ACCOUNT.
2) RECEIVER / BUYER SHALL PROVIDE SUITABLE AND ADEQUATE FACILITIES WHICH SHALL BE IMMEDIATELY AVAILABLE AND ACCESSIBLE TO THE VESSEL UPON COMPLETION OF DISCHARGE FOR THE RECEPTION OF SUCH WASHING WATER/CARGO RESIDUE MIXTURE ORIGINATING FROM CARGO(ES) CARRIED UNDER THIS CONTRACT. THE COST OF USE OF SUCH FACILITIES AND RESPONSIBILITY FOR ULTIMATE DISPOSAL OF THE CARGO RESIDUE MIXTURE SHALL BE FOR RECEIVER'S / BUYER'S ACCOUNT.

Vinmar's Standard Terms and Conditions of Sale are hereby incorporated in this contract and invoice, and this contract is subject to compliance with all U.S laws. Includinfo exoort and control laws.



**SELLER**

**Vinmar International Ltd.**
16800, Imperial Valley Dr. Suite # 499
Houston, TX 77060
Tel: (281) 618 1300
Plastics: Fax: (281) 618 1398/99, Email: admin@vinmar.com
Chemicals: Fax: (281) 618 1398/99, Email: chem@vinmar.com

**BUYER**

| Number/Date | Page |
|---|---|
| 7076907 / 03/19/2009 | 4 |

IF THE BUYER IS UNABLE TO PRESENT THE ORIGINAL BILLS OF LADING IN EXCHANGE FOR DELIVERY OF THE PRODUCT, THEN SUBJECT TO BUYER'S AGREEMENT AND CARRIER WILLINGNESS TO DELIVER THE CARGO AGAINST PRESENTATION OF A LETTER OF INDEMNITY ("LOI") ON TERMS ACCEPTABLE TO VINMAR, VINAMR MAY AT ITS OPTION SIGN AND TENDER SUCH AN LOI TO THE CARRIER IN ORDER FOR THE BUYER TO TAKE DELIVERY OF THE PRODUCT, AND IF VINMAR EXERCISES THIS OPTION, THE BUYER WILL SIGN AND TENDER TO VINMAR AN LOI ON BACK-TO-BACK TERMS WITH THE LOI WHICH VINMAR TENDERS TO THE CARRIER. HOWEVER SUCH LOI ISSUED BY THE BUYER SHOULD BE ENDORSED BY THE BUYERS LC OPENING BANK. THIS CLAUSE IN NO WAY WHATSOEVER BINDS VINMAR TO TENDER AN LOI OR TO BE RESPONSIBLE FOR ANY CONSEQUENCES OF NOT TENDERING AN LOI.

INSURANCE:
IN CASE OF CIF SALE PRODUCT WILL BE INSURED FOR 110% OF THE CIF VALUE FROM SHORE TANK AT LOAD PORT TILL THE TIME THE MATERIAL PASSES THE OUTGOING FLANGE OF THE CARRIER AT DISCHARGE POINT WITH A DEDUCTIBLE OF 0.5 PERCENT OF INSURED VALUE PAYABLE IN USD IN COUNTRY OF DISCHARGE. IN ALL SITUATIONS BUYER IS RESPONSIBLE FOR CLAIMING AGAINST INSURANCE DIRECTLY AS PER DIRECTIONS IN INSURANCE CERTIFICATE. FOR ALL SALES LIKE FOB & CFR WHERE BUYER IS RESPONSIBLE FOR TAKING SUITABLE INSURANCE, ALL PREMIUMS TO BE BORNE FOR BY BUYER AND ANY CARGO CLAIM TO BE PURSUED BY BUYERS AGAINST THEIR INSURERS.
SUBJECT TO EXCEPTIONS PROVIDED IN STANDARD TERMS AND CONDITIONS, TITLE AND RISK OF LOSS AND CONTAMINATION OF PRODUCT SHIPPED BY SELLER UNDER THIS CONTRACT SHALL PASS FROM SELLER TO BUYER WHEN THE PRODUCT PASSES THE FINAL FLANGE CONNECTING SELLER'S OR ITS SUPPLIERS PIPELINE OR OTHER DELIVERY FACILITIES TO THE VESSEL'S INTAKE MANIFOLD AT PORT OF LOADING. FROM THIS TIME AND POINT THE BUYER SHALL ASSUME ALL RISKS OF OF LOSS, DAMAGE, DETERIORATION OR EVAPORATION TO THE PRODUCT.

INSPECTION:
QUALITY: TO BE FINAL AND BASED ON SHORE/SHIP TANK ANALYSIS AT LOAD PORT
QUANTITY: TO BE FINAL AND BASED ON SHORE/SHIP TANK MEASUREMENT

Vinmar's Standard Terms and Conditions of Sale are hereby incorporated in this contract and invoice, and this contract is subject to compliance with all U.S laws. Includinfo export and control laws.



**SELLER**

**Vinmar International Ltd.**
16800, Imperial Valley Dr. Suite # 499
Houston, TX 77060
Tel: (281) 618 1300
Plastics: Fax: (281) 618 1398/99, Email: admin@vinmar.com
Chemicals: Fax: (281) 618 1398/99, Email: chem@vinmar.com

| Number/Date | Page |
|---|---|
| 7076907 / 03/19/2009 | 5 |

**BUYER**

---

AT LOAD PORT AND SHALL BE USED FOR B/L WEIGHT.
INSPECTION FOR QUALITY AND QUANTITY TO BE PERFORMED BY AN
INDEPENDENT SURVEYOR AT LOAD PORT AND COST TO BE FOR SELLERS ACCOUNT.

COMPLIANCE LANGUAGE:
ALL TRANSACTIONS ARE SUBJECT (AND VOIDABLE AT VINMAR'S OPTION) TO
COMPLIANCE WITH ALL U.S. LAWS, RULES AND REGULATIONS, INCLUDING,
WITHOUT LIMITATION, ANY OF THE SAME RELATING TO EXPORTS, IMPORTS,
SECURITY OR SAFETY. U.S. LAW OR REGULATIONS PROHIBIT DELIVERY OF
PRODUCTS TO RESTRICTED DESTINATIONS AND PARTIES, THE USE OF THE
SERVICES RENDERED BY PARTIES CONNECTED TO OR ORIGINATING FROM
RESTRICTED COUNTRIES (SUCH AS IRAN, SUDAN, CUBA, SYRIA, NORTH KOREA,
BURMA). ALL PRECAUTIONS AND DUE INQUIRIES SHALL BE MADE TO PROHIBIT
THE INVOLVEMENT, UTILIZATION OF SERVICES OR SHIPMENT OF THE PRODUCTS
HEREUNDER TO OR THROUGH ANY SUCH PROHIBITED DESTINATION OR PARTY.
VINMAR AND ITS AFFILIATES WILL NOT BE OBLIGATED TO ANY TERMS OR
REQUESTS INCLUDING ANY DOCUMENTARY REQUESTS WHICH ARE PROHIBITED OR
ARE PENALIZED UNDER THE AFORESAID REGULATIONS AND/OR U.S. ANTI-BOYCOTT
LAWS REGULATIONS.

NO BOYCOTT LANGUAGE MAY APPEAR IN DOCUMENTS FURNISHED TO VINMAR,
INCLUDING, BUT NOT LIMITED TO, CONTRACTS, LETTERS OF CREDIT, SHIPPING
DOCUMENTS, ETC.

THIS FAX CONFIRMATION AND REFERENCED ANNEXURES/ATTACHMENTS
CONSTITUTE THE ENTIRE CONTRACT AND REPRESENTS OUR UNDERSTANDING
OF THE TERMS AND CONDITIONS OF OUR AGREEMENT. ANY DISCREPANCIES
OR OMMISSIONS SHOULD BE BROUGHT TO OUR NOTICE BY FAX WITHIN THE
NEXT TWO WORKING DAYS.
A COUNTER SIGNATURE BY BUYER IS NOT NECESSARY TO VALIDATE THIS
CONTRACT

CONTACT FOR LOGISTICS AND PAYMENTS:
ANA CAMPOS / LAURENTIU PASCU
TEL (281) 618 1441
FAX (281) 618 1390

ATTACHMENTS: ANNEXURE A AND SPECIFICATIONS. PLEASE REQUEST
SAME IF NOT RECEIVED.

---

Vinmar's Standard Terms and Conditions of Sale are hereby incorporated in this contract and invoice, and this contract is subject to compliance with all U.S laws. Includinfo export and control laws.



**BUYER**

**SELLER**

**Vinmar International Ltd.**
16800, Imperial Valley Dr. Suite # 499
Houston, TX 77060
Tel: (281) 618 1300
Plastics: Fax: (281) 618 1398/99, Email: admin@vinmar.com
Chemicals: Fax: (281) 618 1398/99, Email: chem@vinmar.com

| Number/Date | Page |
|---|---|
| 7076907 / 03/19/2009 | 6 |

WE THANK YOU FOR THIS OPPORTUNITY TO DO BUSINESS WITH YOU AND LOOK FORWARD TO A SUCCESSFUL COMPLETION OF SHIPMENT.

Vinmar's Standard Terms and Conditions of Sale are hereby incorporated in this contract and invoice, and this contract is subject to compliance with all U.S laws. includinfo export and control laws.



### Additional Terms

Where not in conflict with the terms hereinabove, Seller's Standard Term Conditions of Sale are hereby incorporated by reference into this Order and form an integral part of the Contract, whether previously provided to you or attached hereto.

Notwithstanding anything else contained herein or in the sales confirmation or any other related documents, for any export of Products by the legal entity Vinmar International, Ltd. outside of the United States, whereby title would otherwise pass in the United States, title and risk of loss of the Products, regardless of the Incoterms in the sales contract, shall instead pass from Seller to Buyer upon the vessel's passing a point five miles beyond the territorial waters of the United States. For sales not exported from the United States by Vinmar International, Ltd., the title and risk of loss pass from Seller to Buyer at the delivery point in accordance with the Incoterm 2000 referenced in the sales contract (in the case of liquid Products, as the Products pass the final flange of the loading or unloading line, as the case may be).

Seller's duty to perform, and Buyer's right to purchase, is at all times subject to the approval, and continuing approval, of Buyer's credit by Seller.

Seller's total liability arising from this Order, including any rights or claims arising therefrom, whether based in contract, tort (including negligence), indemnity, contribution, strict liability or otherwise, will not exceed the price of the Products paid by Buyer and actually received by Seller. Subject to the foregoing limits, Seller's liability and Buyer's exclusive remedy for any cause of action arising out of or related to this Order is expressly limited at Seller's option to: (a) replacement of nonconforming Products as per the agreed delivery term under the Order, or (b) payment of the amount of the sales price allocable to the Products determined to be nonconforming and actually received by Seller. Except for such repayment of purchase funds actually received by Seller, in no event will Seller be liable to Buyer for any damages, lost profits or any indirect, consequential, special, contingent, exemplary or punitive damages incurred by Buyer. The Buyer agrees to release, indemnify, defend and hold harmless Seller from and against any and all claims, demands, suits, attachments, judgments, penalties, fines, liabilities, losses, damages, costs and expenses (including reasonable attorneys, fees and costs of court) that may arise out of, result from or relate to the Products (whether in itself or in combination with any other material) or any hazard thereof after title and risk of loss to such Products have passed to the Buyer (including but not limited to, personal injury (including illness and disease) to or death of any person (including employees or contractors of Buyer) or for damage to or destruction of any property). On behalf of Seller, and its agents, servants and/or employees, and in their name, Buyer will handle and/or defend, at its sole expenses, any claim or litigation in connection with this Order; provided, however, that Seller reserves the right to handle such litigation with legal counsel of its own choosing at Buyer's expense.

The rights and obligations for the transactions between Seller and Buyer under the Order will be governed, construed and enforced by the law of the State of Texas, United Sates of America, without regard to the doctrine of conflicts of law. The United Nations Convention on Contracts for the International Sale of Goods of Vienna, 11 April 1980, shall not apply to this Order. Any lawsuit arising out of a dispute, controversy or other matter in connection with this Order, including matters involving the interpretation, execution, performance, non-performance and/or breach of any obligation under this Order, shall be filed in a Texas State District Court presiding in Harris County, Texas. The parties hereby consent to personal jurisdiction in Harris County, Texas for any suit, controversy or dispute arising out of this Order and the parties agree that Texas state courts sitting in Harris County, Texas shall have sole and exclusive jurisdiction of all suits, controversies or disputes arising out of or in any way connected with the performance, non-performance, interpretation, validity and/or execution of this Order.

Each party shall keep confidential any information in relation to the Order, the Products or the performance pursuant to this Order, except and insofar as a disclosure will be reasonably required for the performance pursuant to the terms of the Order, or will be required otherwise pursuant to any Court Order, order of any authorities or towards any person pursuant to mandatory law.

Seller only represents that the Products conform, within any tolerances stated, to meet the specifications stated in the Order. If no specification is stated, then standard ASTM specifications are to govern. Except for warranty of title, Seller makes no other representation or warranties, express or implied, including, without limitation, warranties of merchantability and fitness for a particular purpose, and Seller expressly disclaims all other representations to the Buyer and any and all other obligations or liabilities on the part of Seller.

For bulk liquid product, quantity and quality will be determined by a mutually agreed independent inspector whose decision is to be final and binding save for fraud or manifest error, based on shore tanks samples at loading port in accordance with the procedures, product specifications and instructions set forth herein and recognized ASTM methods and adjustments. Each party may have its representative observe all measurements, sample taking and testing. All quantities will be measured or adjusted to a temperature in accordance with recognized ASTM methods and tables, as applicable. For packaged Product, quantity and quality will be as specified in the Order. The mutually agreed inspector's costs are to be shared equally between the parties.

Delay in shipment or delivery or receipt or other non-performance (specifically excluding the obligation to pay monies due hereunder or complying with Seller's credit terms), in whole or in part, by Seller is excused if performance as agreed is hindered by fire, hurricane, flood, perils of the sea or other acts of God; labor dispute, strike, failure of usual sources of raw material, breakdown or failure of plant or equipment, including transportation facilities; war (whether declared or undeclared), riots, civil commotion, terrorism or sabotage, delay of carriers due to breakdown or adverse weather, embargoes; any applicable foreign or domestic government regulation or order whether or not it later proves to be invalid; import and export restrictions; or other contingency beyond the reasonable control of Seller ("Excuse of Performance"). Seller will promptly give written notice of excusable delays or non-performance to the Buyer and the Order in effect between Seller and the Buyer will be considered to be suspended. If the excusable delay or non-performance continues for an uninterrupted period of sixty (60) days or longer from the date of the written notice the Buyer may, at its option, terminate the Contract on three (3) days written notice to Seller. Delay or non-performance will be excused only as long as the condition causing the delay or non-performance continues. In the event that performance of Seller is delayed or prevented, then Seller has the right, at its option, (a) to cancel the Order to the extent of Seller's non-performance by giving written notice of cancellation to Buyer or (b) to ship remaining quantities in one or more lots after the Excuse of Performance condition has ended but not beyond sixty (60) days. Cancellation of an Order that has been partially performed does not excuse Buyer from the obligation to pay for Products partially delivered under the Order. Under no circumstances will Seller be obligated to obtain product for delivery hereunder except from its usual and customary sources of supply and only on terms it deems reasonable in its sole discretion.

SELLERS                                          BUYERS


Devang Mehta

For and on behalf of                             Authorised Signatory
Vinmar International  Ltd.                       For and on behalf of

# Vinmar International, Ltd.
PETROCHEMICALS and PLASTICS

16800 IMPERIAL VALLEY - SUITE 499 - HOUSTON, TEXAS 77060 U.S.A.
TEL: (281) 618-1300  FAX: (281) 618-1390  TELEX: 6720021 VINMAR
INTERNET: admin@vinmar.com
THE PRESIDENT'S "E" AWARD FOR EXPORTS

## PRODUCT: ACRYLONITRILE

## GUARANTEED SPECIFICATIONS

| APPEARANCE | CLEAR AND FREE |
|---|---|
| ACETONE, WT. PPM | 75, MAX |
| ACETONITRILE, WT. PPM | 300, MAX |
| ACIDITY, AS ACETIC ACID, WT. PPM | 15, MAX |
| ACROLEIN, WT. PPM | 20, MAX |
| ACETALDEHYDE, WT. PPM | 5, MAX |
| BENZENE, WT. PPM | 50, MAX |
| COLOR, PT-CO | 10, MAX |
| HYDROGEN CYANIDE, WT. PPM | 5, MAX |
| INHIBITOR, MEHQ, WT. PPM | 35-45 |
| McAN, WT. PPM | 200, MAX |
| OXAZOLE, WT. PPM | 125, MAX |
| PEROXIDES, AS H2O2, WT PPM | 0.2, MAX |
| P-5% AQUEOUS SOLUTION | 6.0-7.5 |
| WATER, WT% | 0.25-0.45 |
| COPPER, WT. PPM | 0.1, MAX |
| IRON, SOLUBLE, WT. PPM | 0.1 MAX |
| NON-VOLATILE MATTER, WT PPM | 100, MAX |
| ACRYLONITRILE, WT% | 99.0, MIN |

* TESTING METHODOLOGY OF INDEPENDENT SURVEYOR AT LOAD PORT TO GOVERN