| **SOLUTIA INC.** <br> CUSTOMER SERVICE CENTRE <br> >>DO NOT REMIT TO THIS ADDRESS<< <br> 575 Maryville Centre Drive <br> Saint Louis, MO 63141 <br> USA <br> Phone: 1-800-325-4330 <br> Fax: 1-314-674-2211 | Invoice Number <br> 391005707 | Page <br> 1/1 |
|---|---|---|
| | Date <br> Jun 26, 2008 | Order Number <br> 300820008 |
| | Customer Purchase Order <br> 4529228 | Customer Number <br> 1005266 |

| Ship-to or Consignee <br> ODFJELL TERMINALS (HOUSTON) LP <br> 12211 PORT ROAD <br> SEABROOK TX 77586 <br> USA | Bill-to: <br> VINMAR INTERNATIONAL LTD <br> ATTN: MR. NOEL FERNANDES <br> 16800 IMPERIAL VALLEY DR, STE 499 <br> HOUSTON TX 77060 <br> USA |
|---|---|
| Forwarding Agent or Notify | Customs Doc / Insured Value(*) |
| | Country Shipped From: USA / Country of Destination: India |

| Shipment Date: Jun 26, 2008 | Shipped From: Houston TX | Terms of Delivery and Payment <br> FOB: Free on Board <br> Houston <br> Net 30 days |
|---|---|---|
| Carrier/Drayage: CUSTOMER PICKUP | | |
| Vessel/Aircraft | Port of Loading | **SEND PAYMENT TO:** <br> EFT OR WIRE PAYMENTS TO SOLUTIA <br> c/o WACHOVIA BANK N.A. <br> ABA# 053000219 ACCT# 2087390314605 <br> CHARLOTTE NC 28262 <br> USA |
| Port of Discharge | Place of Delivery | |

| Item | Goods Description / Customer Material Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 10# | 10088523 <br><br> ACRYLONITRILE, AN, BULK <br><br> Country of Origin: USA <br> Ship/Delv#: 301057069/381468525/Jun 26, 2008 <br> Equipt id: SITEARM EXPLORER   Seal nr: SELL AND HOLD <br> Gross Wt. =   3,500,000 KG <br> Net Wt. =    3,500,000 KG <br> EFT OR WIRE PAYMENTS TO SOLUTIA: <br> C/O WACHOVIA BANK N.A. <br> ABA# 053000219  ACCT# 2087390314605 <br> CHARLOTTE NC 28262 <br> USA <br><br> MAIL PAYMENTS MADE BY CHECK TO THE FOLLOWING: <br><br> SOLUTIA, INC <br> P.O. BOX 75098 <br> CHARLOTTE, NC 28275-5098 <br> USA | 3,500 TO | 1,960.00 USD/ 1TO | 6,860,000.00 |
| | | | Total USD | 6,860,000.00 |

*Handwritten notes:* PO 4529228 GROSS PRICE   LP 27th June   AUE OK   30th ALXIE

These commodities, Technology and/or Software, were exported from the United States in accordance with export administration regulations. Diversion contrary to U.S. law prohibited.

Contact: Corey Riney