

TAEYOUNG

태영인더스트리

TAEYOUNG INDUSTRY Corp.

# INVOICE

Messrs. VINMAR International Ltd

DATE : Nov. 30, 2008

We ask you remit charge of substantial amount US$24,633.36 as per the following details to Taeyoung Industry Corp., On line Foreign Currency Deposit Account No.101-90114-421 established with the Seoyeouido Branch of the Citi Bank Ltd. in Seoul Korea.

UTT200811-04

| EXPLANATION | | | AMOUNT | |
|---|---|---|---|---|
| Product - A.N. | | | Exchange Rate (Korea Won/US$) | 1,487.60 |
| Description | Fee Schedule | | US$ | TOTAL(US$) |
| 1. Monthly Tank Rental | | Won/Month | | |
| 1) No.910 | | 10,000,000 | 6,722.23 | 13,444.46 |
| 2) No.1106 | | 10,000,000 | 6,722.23 | |
| 2. Handling Charge | Quantity | Won/KL | | |
| 1) Minimum Guarantee | 4,400.000 KL | 3,300 | 9,760.68 | 10,899.42 |
| 2) VOCS Fee | | 1,694,000 | 1,138.74 | |
| 3. Insurance | | 430,640 | 289.48 | 289.48 |
| | | | Total | 24,633.36 |

We would be appreciated for your early remittance of above amount.

very truly yours
Taeyoung Industry Corp.

Thomas CHO - General Manager

*[handwritten:]* 204529220 STORAGE 4P 1st JAN



**TAEYOUNG**

태영인더스트리
TAEYOUNG INDUSTRY Corp.

## INVOICE

Messrs. VINMAR International Ltd             DATE : Dec. 31, 2008

We ask you remit charge of substantial amount **US$27,869.54** as per the following details to Taeyoung Industry Corp., On line Foreign Currency Deposit Account No. 101-90114-421 established with the Seoyeouido Branch of the Citi Bank Ltd. in Seoul Korea.

UTT200812-04

| EXPLANATION | | | AMOUNT | |
|---|---|---|---|---|
| Product - A.N. | | | | |
| | | | Exchange Rate (Korea Won/US$) | 1,306.10 |
| Description | Fee Schedule | | US$ | TOTAL(US$) |
| 1. Monthly Tank Rental | | Won/Month | | |
| 1) No.910 | | 10,000,000 | 7,656.38 | 15,312.76 |
| 2) No.1106 | | 10,000,000 | 7,656.38 | |
| 2. Handling Charge | Quantity | Won/KL | | |
| 1) Minimum Guarantee | 4,400.000 KL | 3,300 | 11,117.06 | 12,432.84 |
| 2) Overtime Charge | 29.749 KL | 825 | 18.79 | |
| 3) VOCS Fee | | 1,694,000 | 1,296.99 | |
| 3. Insurance | | 161,890 | 123.94 | 123.94 |
| | | | Total | 27,869.54 |

We would be appreciated for your early remittance of above amount.

very truly yours
Taeyoung Industry Corp.

Thomas CHO - General Manager