

**EITZEN GROUP**
Est. 1883

Vinmar International Ltd

United States of America

Invoice Date 16Jul2008
Invoice No TT/7878
Our Reference 2008/1071

## FREIGHT INVOICE

| | |
|---|---|
| C/P Date: | 10Jun2008 |
| Vessel: | Siteam Explorer |
| Charterer: | Vinmar International Ltd |
| Fixture Ref.: | 2008/1071 |

Voyage no.: 9

Note all values are in USD

Load: mixed-xylene at Houston, 4,980.684MT on 5Jul2008 as per BL
Discharge: at Ulsan
Total BL Quantity : 4,980.684MT
Freight : 4,980.684MT @ 80.00 USD/MT             398,454.72
   Address Commission of 2.500%              -9,961.37

Load: Acrylonitrile at Houston, 3,474.09MT on 30Jun2008 as per BL
Discharge: at Anping
Total BL Quantity : 3,474.09MT
Freight : 3,474.090MT @ 80.00 USD/MT             277,927.20
   Address Commission of 2.500%              -6,948.18
Acrylonitrile Lumpsum Freight                     50,000.00
   Address Commission of 2.500%              -1,250.00

**TOTAL**                                         **708,222.37**

E. & O. E.

ACN

DUE DATE : 12Jul2008

*Please remit according to the details below quoting Vessel Name, Our Reference and invoice no.*

Nordea Bank Finland Plc, New York Branch

437 Madison Avenue, 21st Floor
NY 10022 New York
United States of America

ABA no.: 026010786 / SWIFT: NDEAUS3N
For further Credit to: Nordea Bank Norge ASA
SWIFT: NDEANOKK
In Favour: Team Tankers A/S
Account No.: 6074.04.42611
IBAN No.: NO8360740442611

TEAM TANKERS AS
P.O. Box 216, 1326 Lysaker
Norway
www.eitzen-chemical.com

7/16/08